UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT KESSLER,

              Plaintiff,

v.

AMY TALLANT and SABU LLC,

              Defendants.

Case No. 2:21-cv-567 TLF

ORDER OF DISMISSAL

On September 10, 2021, the Parties filed a joint stipulation of dismissal with the Court. Dkt. 28. It appears that no issue remains for the Court's determination.

It is ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without cost to any party.

Dated this 21st day of September, 2021.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER OF DISMISSAL - 1